# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1288
_____

United States of America

*Plaintiff - Appellee*

v.

Connie L. Harvey

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 17, 2025
Filed: October 24, 2025
[Unpublished]

_____

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Connie Harvey appeals the sentence the district court[1] imposed after she pleaded guilty to a drug offense pursuant to a written plea agreement containing an

_____

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

appeal waiver.  Her counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the procedural and substantive reasonableness of the sentence.

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal.  See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice).

Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver.  Accordingly, we grant counsel's motion to withdraw and dismiss the appeal.

_____